UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-085-RHW |
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANT'S MOTION TO SET RELEASE CONDITIONS |
| TIMOTHY C. BUCHANAN, | |
| Defendant. | |

At the September 21, 2006, hearing on Defendant's Motion to set conditions of release, counsel Julie St. Marie appeared with Defendant; Assistant U.S. Attorney Aine Ahmed represented the United States.

Defendant's parents and fiancee testified in support of the Motion for release. Numerous letters of support also were proffered. Defendant has strong family support.

Defendant's criminal history, however, is significant, and it appears he may be chemically dependent to cocaine. No substance abuse evaluation (prepared after execution of full mutual releases) is before the court. Accordingly, the undersigned is unable to conclude that the release plan is sufficiently structured to reasonably assure that Defendant is supervisable and is not a risk to the community or a risk of nonappearance.

ORDER DENYING DEFENDANT'S MOTION TO SET RELEASE CONDITIONS - 1

Accordingly, the Defendant's Motion **(Ct. Rec. 25)** must be and is **DENIED.**

**IT IS SO ORDERED.**

DATED September 22, 2006.

          <u>S/ CYNTHIA IMBROGNO</u>
          UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO SET RELEASE CONDITIONS - 2